## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re Ft. Myers ALF, Inc.          Case Number: 20-08952

An appearance is hereby filed by the undersigned as attorney for:
Ft. Myers ALF, Inc.

Attorney name (type or print): Carolina Y. Sales

Firm: Bauch & Michaels, LLC d/b/a Lakelaw

Street address: 53 W. Jackson Blvd., Suite 1115

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6287277          Telephone Number: 312-588-5000
(See item 3 in instructions)

Email Address: csales@lakelaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 7, 2020

Attorney signature: S/ Carolina Y. Sales
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015