UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Bankruptcy No. 20 B 08952 |
| FT. MYERS ALF, INC., | ) | Judge Donald R. Cassling |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on April 7, 2020, she caused copies of the attached Order to be served to the parties listed via the Court's electronic notification system or First Class Mail, as indicated below:

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
*By ECF*

Taher Kameli
17 North State Street
Chicago, IL 60602
*By First Class Mail*

Paul M. Bauch
pbauch@lakelaw.com
*By ECF*

_____
Susan M. Pistorius
Law Clerk