United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*If known*): 20-08952

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☒ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Ft. Myers ALF, INC.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

90-1021292

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 17 N. State Street | |
| Number      Street | Number      Street |
| | P.O. Box |
| Chicago            IL      60602 | |
| City                 State   ZIP Code | City                 State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cook County | |
| County | Number      Street |
| | City                 State   ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Ft. Myers ALF, INC. | Case number (if known) | 20-08952 |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Ft. Myers ALF, INC. | Case number (if known) 20-08952 |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number       Street

_____

_____

City                                              State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Ft. Myers ALF, INC. | Case number *(if known)* | 20-08952 |
| --- | --- | --- | --- |
| | Name | | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/29/2020
                MM  / DD / YYYY

✖ /s/ Taher Kameli                                    Taher Kameli
Signature of authorized representative of debtor      Printed name

Title _____

18. **Signature of attorney**

✖ /s/ Paul M. Bauch          Date  04/29/2020
Signature of attorney for debtor      MM   / DD / YYYY

Paul M. Bauch
Printed name
Lakelaw
Firm name
53 West Jackson Boulevard Suite 1115
Number        Street
Chicago                              IL        60604
City                                 State     ZIP Code

3125885000                           pbauch@lakelaw.com
Contact phone                        Email address

6196619                              IL
Bar number                           State

**BALANCE SHEET**

1:00 PM

04/07/20

Cash Basis

**Ft. Myers ALF, Inc.**
**Balance Sheet**
As of March 31, 2020

|  | Mar 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| US Bank | 34.00 |
| **Total Checking/Savings** | 34.00 |
| **Other Current Assets** | |
| **Construction In Progress** | |
| 0001 Land Costs | 1,013,277.00 |
| 0002 Building Construction | 15,845.00 |
| 0004 Permit & Fee Costs | 21,474.30 |
| 0005 Pre-Development Costs | 199,502.31 |
| 0006 Design Fees | 150,632.73 |
| 0007 Taxes and Insurance Costs | 109,601.37 |
| 0008 Financing/Legal Costs | 46,395.00 |
| 0009 Developer Fee | 203,770.72 |
| **CC16 Construction Costs** | |
| 030 Tree/Brush Clearing | 4,397.00 |
| **Total CC16 Construction Costs** | 4,397.00 |
| **Total Construction In Progress** | 1,764,895.43 |
| **Total Other Current Assets** | 1,764,895.43 |
| **Total Current Assets** | 1,764,929.43 |
| **Fixed Assets** | |
| 0006 Design Fees | 269,602.87 |
| **Total Fixed Assets** | 269,602.87 |
| **TOTAL ASSETS** | **2,034,532.30** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 370,542.36 |
| **Total Accounts Payable** | 370,542.36 |
| **Other Current Liabilities** | |
| N/P- FT. MEYERS EB-5 FUND, LLC | 1,800,778.00 |
| N/P-CFIG | 12,950.93 |
| N/P-CFIG-AMEX | 23,546.83 |
| N/P-Taher Kameli | 97,173.50 |
| N/P - AEP | 2,075.00 |
| N/P - Kameli & Associates | 3,000.00 |
| N/P - Kameli Law Group | 10,000.00 |
| **Total Other Current Liabilities** | 1,949,524.26 |
| **Total Current Liabilities** | 2,320,066.62 |
| **Total Liabilities** | 2,320,066.62 |
| **Equity** | |
| Retained Earnings | -268,492.50 |
| Net Income | -17,041.82 |
| **Total Equity** | -285,534.32 |
| **TOTAL LIABILITIES & EQUITY** | **2,034,532.30** |

**12:59 PM**

**Ft. Myers ALF, Inc.**    <u>**STATEMENT OF OPERATIONS**</u>

**04/07/20**

**Cash Basis**

**Profit & Loss**

**As of March 31, 2020**

|  | Mar 31, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| **Administrative** | |
| **Bank Fees** | 609.50 |
| **Income Tax** | 150.00 |
| **Insurance Expense** | 378.65 |
| **Licenses and Fees** | 1,485.92 |
| **Management Fee** | 132,060.00 |
| **Office Supplies** | 13.81 |
| **Penalties/Fees** | 905.00 |
| **Postage and Delivery** | 4.66 |
| **Professional Fees** | |
|     **Accounting** | 5,700.41 |
|     **Legal** | 39,735.67 |
|     **Other** | 25,000.00 |
| **Total Professional Fees** | 70,436.08 |
| **Total Administrative** | 206,043.62 |
| **Landscaping and Groundskeeping** | 2,025.00 |
| **Operations** | |
|     **Consulting** | 9,412.50 |
|     **Design Services** | 16,956.82 |
| **Total Operations** | 26,369.32 |
| **Property Management Fees** | 50,000.00 |
| **Property Tax** | 819.18 |
| **Sales and Marketing** | |
|     **Collateral** | 277.20 |
| **Total Sales and Marketing** | 277.20 |
| **Total Expense** | 285,534.32 |
| **Net Ordinary Income** | -285,534.32 |
| **Net Income** | **-285,534.32** |

United States Bankruptcy Court
Northern District of Illinois -
Eastern Division

In re: Ft. Myers ALF, Inc.                         Case No. 20-08952
                                                   Chapter 11

Statement Under Penalty of Perjury Concerning Documents Due
Pursuant to 11 U.S.C. § 1116(1)

I, Taher Kameli, state as follows:

   I did not append to the voluntary petition a cash-flow statement because one has not been
prepared.

       I declare under penalty of perjury that I have read the foregoing statement and that it is
true and correct to the best of my knowledge, information, and belief.

                                                   Ft. Myers ALF, Inc.

Dated: April 29, 2020

                                                   By: Taher Kameli
                                                   Its President

**Form 1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2018 or tax year beginning _____, 2018, ending _____, 20 _____

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2018**

**A** Check if:
**1a** Consolidated return (attach Form 851) ☐
**b** Life/nonlife consolidated return . ☐
**2** Personal holding co. (attach Sch. PH) . ☐
**3** Personal service corp. (see instructions) . ☐
**4** Schedule M-3 attached ☐

TYPE OR PRINT

**Name**
FT. MEYERS, ALF, INC.

**Number, street, and room or suite no. If a P.O. box, see instructions.**
1319 SOUTH STATE STREET, SUITE C-2

**City or town, state or province, country, and ZIP or foreign postal code**
CHICAGO          IL 60605

**B** Employer identification number
90-1021292

**C** Date incorporated
10/11/2013

**D** Total assets (see instructions)
$      1,670,264

**E** Check if: **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change

### Income

| | | |
|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . . 1a | |
| b | Returns and allowances . . . . . . . . . . 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . | 1c |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | 3 |
| 4 | Dividends and inclusions (Schedule C, line 23, column (a)) . . . . . . | 4 |
| 5 | Interest . . . . . . . . . . . . . . . . . . . | 5 |
| 6 | Gross rents . . . . . . . . . . . . . . . . . | 6 |
| 7 | Gross royalties . . . . . . . . . . . . . . . . | 7 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . | 8 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . | 9 |
| 10 | Other income (see instructions—attach statement) . . . . . . . | 10 |
| 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . ▶ | 11 |

### Deductions (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . | 12 |
| 13 | Salaries and wages (less employment credits) . . . . . . . . | 13 |
| 14 | Repairs and maintenance . . . . . . . . . . . . . . | 14 |
| 15 | Bad debts . . . . . . . . . . . . . . . . . . | 15 |
| 16 | Rents . . . . . . . . . . . . . . . . . . . . | 16 |
| 17 | Taxes and licenses . . . . . . . . . . . . . . . . | 17 | 575 |
| 18 | Interest (see instructions) . . . . . . . . . . . . . . | 18 |
| 19 | Charitable contributions . . . . . . . . . . . . . . | 19 |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 |
| 21 | Depletion . . . . . . . . . . . . . . . . . . | 21 |
| 22 | Advertising . . . . . . . . . . . . . . . . . . | 22 |
| 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . | 23 |
| 24 | Employee benefit programs . . . . . . . . . . . . . | 24 |
| 25 | Reserved for future use . . . . . . . . . . . . . . | 25 |
| 26 | Other deductions (attach statement)   BANK CHARGES . . . . . | 26 | 231 |
| 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . ▶ | 27 | 806 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | −806 |
| 29a | Net operating loss deduction (see instructions) . . . . 29a | |
| b | Special deductions (Schedule C, line 24, column (c)) . . 29b | |
| c | Add lines 29a and 29b . . . . . . . . . . . . . . | 29c |

### Tax, Refundable Credits, and Payments

| | | |
|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions . . | 30 | −806 |
| 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . | 31 | 0 |
| 32 | 2018 net 965 tax liability paid (Schedule J, Part II, line 12) . . . . | 32 |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) . | 33 |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . ▶ ☐ | 34 |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | 0 |
| 37 | Enter amount from line 36 you want: Credited to 2019 estimated tax ▶         Refunded ▶ | 37 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer                  Date  10/1/19         Title  PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Non-Paid Preparer | | | | |

Firm's name ▶                                         Firm's EIN ▶

Firm's address ▶                                      Phone no.

For Paperwork Reduction Act Notice, see separate instructions.   REV 01/29/19 PRO   Cat. No. 11450Q   Form **1120** (2018)

BAA

Form 1120 (2018)                                                                                                    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add lines 9 through 22, column (c). Enter here and on page 1, line 29b | | | |

Form **1120** (2018)

Form 1120 (2018)                                                                                                    Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I–Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions | **2** | 0 |
| 3 | Base erosion minimum tax (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions—attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | 0 |

**Part II–Section 965 Payments (see instructions)**

| | | | |
|---|---|---|---|
| 12 | 2018 net 965 tax liability paid from Form 965-B, Part II, column (k), line 2. Enter here and on page 1, line 32 | **12** | |

**Part III–Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2017 overpayment credited to 2018 | **13** | |
| 14 | 2018 estimated tax payments | **14** | |
| 15 | 2018 refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Form 8827, line 8c | 20c | |
| d | Other (attach statement—see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | 2018 net 965 tax liability from Form 965-B, Part I, column (d), line 2. See instructions | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | **23** | |

REV 01/29/19 PRO                                                                                      Form **1120** (2018)

Form 1120 (2018)
Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ▶ ...........................

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 623000

**b** Business activity ▶ HEALTHCARE & SOCIAL ASSISTANCE

**c** Product or service ▶ RESIDENTIAL & MEMORY CARE FACILITY

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . | | No: ×

If "Yes," enter name and EIN of the parent corporation ▶ ...........................

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . | Yes: ×

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | No: ×

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | No: ×

| (I) Name of Corporation | (II) Employer Identification Number (if any) | (III) Country of Incorporation | (IV) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | No: ×

| (I) Name of Entity | (II) Employer Identification Number (if any) | (III) Country of Organization | (IV) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . | No: ×

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . | No: ×

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ ................ and **(b)** Owner's country ▶ ................

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ ................

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ ................

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ ................

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . ▶ $    251,325.

Form 1120 (2018)                                                                                                    Page **5**

| Schedule K | Other Information *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions   .   .   . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099?   .   .   .   .   .   .   .   . | | × |
| b | If "Yes," did or will the corporation file required Forms 1099?   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | |
| 16 | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?   .   .   .   .   . | | × |
| 20 | Is the corporation operating on a cooperative basis?.   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3))   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | × |
| 24 | Does the corporation satisfy **one** of the following conditions and the corporation does not own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions   .   .   .   .   .   .   . | | × |
| a | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the corporation is not a tax shelter, or | | |
| b | The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?   .   .   .   .   .   .   .   .   . | | × |
| | If "Yes," enter amount from Form 8996, line 13   .   .   .   .   .   ▶ $ _____ | | |

REV 01/29/19 PRO                                                   Form **1120** (2018)

Form 1120 (2018)                                                                                                    Page **6**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 631. | | 159. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 1,013,277. | | 1,013,277. |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | 629,588. | | 656,828. |
| 15 | Total assets | | 1,643,496. | | 1,670,264. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 94,451. | | 122,025. |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | 1,800,778. | | 1,800,778. |
| 22 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | -251,733. | | -252,539. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 1,643,496. | | 1,670,264. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -806. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest  $ _____ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . $ _____ | |
| a | Depreciation . . $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment . $ _____ | | 9 | Add lines 7 and 8 . . . . . | |
| 6 | Add lines 1 through 5 | -806. | 10 | Income (page 1, line 28)—line 6 less line 9 | -806. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -251,733. | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | -806. | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -252,539. | 8 | Balance at end of year (line 4 less line 7) | -252,539. |

REV 01/29/19 PRO                                                                          Form **1120** (2018)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock
▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer Identification number (EIN) |
|---|---|
| FT. MEYERS, ALF, INC. | 90-1021292 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| PLATINUM REAL ESTATE A | 45-3958933 | Domestic Corp | US | 100 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.  BAA   REV 10/17/18 PRO   **Schedule G (Form 1120) (Rev. 12-2011)**

**Form 1120, Line 29a**     **Net Operating Loss Worksheet**     **2018**

| Name | Employer Identification Number |
|---|---|
| FT. MEYERS, ALF, INC. | 90-1021292 |

### Important Information

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA).  Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back.  NOLs can now be carried forward indefinitely.

**NOL's under Taxpayer Relief Act of 1997 :  Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2017 | 55,077. | | 55,077. |
| 2016 | 2,849. | | 2,849. |
| 2015 | 191,658. | | 191,658. |
| 2014 | 1,741. | | 1,741. |
| 2013 | | | |
| 2012 | | | |
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| 2006 | | | |
| 2005 | | | |
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| Totals | 251,325. | | 251,325. |

**NOL's prior to Taxpayer Relief Act of 1997:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| 2006 | | | |
| 2005 | | | |
| 2004 | | | |
| 2003 | | | |
| Totals | | | |

FT. MEYERS, ALF, INC.                                      90-1021292

## Net Operating Loss Summary

| NOL Carryover Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover 15 Years* |
|---|---|---|---|---|---|
| 2017 | 55,077. | | | 55,077. | |
| 2016 | 2,849. | | | 2,849. | |
| 2015 | 191,658. | | | 191,658. | |
| 2014 | 1,741. | | | 1,741. | |
| 2013 | | | | | |
| 2012 | | | | | |
| 2011 | | | | | |
| 2010 | | | | | |
| 2009 | | | | | |
| 2008 | | | | | |
| 2007 | | | | | |
| 2006 | | | | | |
| 2005 | | | | | |
| 2004 | | | | | |
| 2003 | | | | | |
| 2002 | | | | | |
| 2001 | | | | | |
| 2000 | | | | | |
| 1999 | | | | | |
| 1998 | | | | | |
| Totals | 251,325. | | | 251,325. | |

Less: Carryover expiring due to 20-year limitation . . . . . . . . . . . . . . . . . . . . . . . . . .
Less: Carryover expiring due to 15-year limitation . . . . . . . . . . . . . . . . . . . . . . . . . .
Add: Current year net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    806.
Less:  Carryback of current year net operating loss . . . . . . . . . . . . . . . . . . . . . . . . .
Net operating loss carryover to next year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    252,131.