In Re: Fort Myers    Case Number: 20-08952

## Creditor Claims and Payment Analysis

| Creditor's Name and Address | Amount of Claim | Value of Collateral | Description of Lien |
|---|---|---|---|
| Canal Tax SB Muni Cust For, 200 South Park Rd., Ste. 425 Hollywood, FL 33021 | $21,829.37 | $1,950,000.00 | Tax Lien |
| Emerald Tax SB Muni Cust for, 200 South Park Rd., Ste. 425 Hollywood, FL 33021 | $22,496.23 | $1,950,000.00 | Tax Lien |
| Forum Architecture and Interior Design, Inc. 237 S. Westmonte Dr., #220 Altamonte Springs, FL 32714 | $363,407.77 | $1,950,000.00 | Mechanics lien |
| Lee County Tax Collector, PO Box 850 Fort Myers, FL 33902-0850 | $18,745.02 | $1,950,000.00 | Tax Lien |
| City of Fort Myers, 2200 Second Street, Fort Myers, FL, 33901 | $679.20 | | Code lien |
| **Secured Claims Total =** | **$427,157.59** | | |

**Unsecured Claims**    **Basis for the Claim**
**Priority Creditor**

| | | |
|---|---|---|
| Internal Revenue Service, 230 S. Dearborn Room 2600, M/S 5014CHI, Chicago, IL, 60604 | $1,500.00 | Taxes |
| **Unsecured Priority Claims Total=** | **$1,500.00** | |

**Nonpriority Unsecured Creditor's Name and Address**
**Unrelated/Unsecured**

| | | |
|---|---|---|
| Allen L. Kracower and Associates, 900 North Shore Drive Suite 205, Lake Bluff, IL, 60044 | $16,505.65 | Services |
| City of Fort Myers, 2200 Second Street, Fort Myers, FL, 33901 | $105.20 | Municipal Fines |
| Henricksen, 121 W. Wacker Dr., Suite 1450 Chicago, IL, 60601 | $5,906.25 | Services (disputed) |
| Scopos Hospitality Group, 300 W. Chestnut St., Suite 201 Ephrata, PA, 17522 | $14,250.00 | Services |
| Michael S. Hagen, Attorneys, P.L, a Florida Limited Liability Company, 5290 Summerlin Commons Way Ste 1003, Fort Myers, FL, 33907 | $3,095.00 | Legal Services |
| Quattrone and Associates, Inc. 4301 Veronica S. Showemaker Blvd. Fort Myers, FL, 33916 | $5,919.00 | Services |
| **Unsecured/Unrelated Nonpriority Claims Total=** | **$45,781.10** | |

**Kameli Unsecured Claims**

| | | |
|---|---|---|
| Chicagoland Foreign Investment Group P.O. Box 16680 Chicago, IL, 60616 | $38,571.80 | Monies Loaned |
| Kameli Law Group P.O. Box 16680 Chicago, IL, 60616 | $10,267.87 | Monies Loaned |
| Law Offices of Kameli & Associates, P.C. P.O. Box 16680 Chicago, IL, 60616 | $23,316.50 | Monies Loaned |
| Taher Kameli, 17 N. State St., Suite 1700 Chicago, IL, 60602-3315 | $87,504.00 | Monies Loaned/Advanced |
| **Kameli Unsecured Claims Total=** | **$159,660.17** | |

**EB-5 Claims**

| | | |
|---|---|---|
| Ft. Myers EB-5 Fund, LLC P.O. Box 16680 Chicago, IL, 60616 | $1,800,000.00 | Monies Loaned |
| **EB-5 Claims Total=** | **$1,800,000.00** | |

| | |
|---|---|
| **Secured Claims Total=** | **$420,000.00** |
| **Unsecured Claims Total=** | **$2,005,441.27** |
| **Secured and Unsecured Claims Total=** | **$2,425,441.27** |
| **Priority and Administrative Claims Total=** | **$100,000.00** |